## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KEN TALLEY                                                                                    PLAINTIFF

v.                                   No. 4:12CV00163 JLH

RYERSON, INC., d/b/a
JOSEPH T. RYERSON & SON, INC.                                                DEFENDANT

### ORDER

The motion for admission to practice *pro hac vice* of J. Stuart Garbutt is GRANTED. Document #4. J. Stuart Garbutt is hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 14th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE